| | |
|---|---|
| Kevin H. Marino<br>John A. Boyle<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>(973) 824-9300 | OF COUNSEL:<br>Derek L. Shaffer[*]<br>William A. Burck[*]<br>Keith H. Forst[*]<br>**QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000 |

*Attorneys for Plaintiff*
*Americans for Prosperity*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY**,<br><br>          Plaintiff,<br><br>     v.<br><br>**GURBIR GREWAL**, in his official capacity as Attorney General of New Jersey, **ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission, **STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission,<br><br>          Defendants. | Civil Action No. 3:19-cv-14228<br><br><br><br><br><br>**ORDER PRELIMINARILY ENJOINING ENFORCEMENT OF CERTAIN PROVISIONS OF NEW JERSEY SENATE BILL NO. 150** |

---

[*] *Pro hac vice* applications to be submitted.

**THIS MATTER** having come before the Court on the motion (the "Motion") of Plaintiff, Americans for Prosperity ("AFP"), through its attorneys, Marino, Tortorella & Boyle, P.C., and Quinn Emanuel Urquhart & Sullivan, LLP, for entry of an Order, pursuant to Federal Rule of Civil Procedure 65, preliminarily enjoining Defendants, Gurbir Grewal, in his official capacity as Attorney General of New Jersey; Eric H. Jaso, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission; Stephen M. Holden, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission; and Marguerite T. Simon, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission (collectively, "Defendants"), from enforcing the provisions in New Jersey Senate Bill No. 150 (the "Act") compelling disclosure of donor information and compliance with the Act's reporting requirements for independent expenditure committees; and the Court having considered the submissions of the parties and the argument of counsel; and good cause having been shown;

**IT IS** on this _____ day of _____, 2019, **ORDERED** that AFP's Motion for a preliminary injunction be and hereby is GRANTED in full; and

**IT IS FURTHER ORDERED** that Defendants and any state officers acting in concert with them, or under their direction or authority, be and hereby are preliminarily enjoined from enforcing the provisions in New Jersey Senate Bill No. 150 compelling disclosure of donor information and compliance with the Act's reporting requirements for independent expenditure committees.

_____
U.S.D.J.