| | |
|---|---|
| Kevin H. Marino<br>John A. Boyle<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, NJ  07928-1488<br>(973) 824-9300 | OF COUNSEL:<br>Derek L. Shaffer[*]<br>William A. Burck[*]<br>Keith H. Forst[*]<br>**QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000 |

*Attorneys for Plaintiff*
*Americans for Prosperity*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY**,<br><br>          Plaintiff,<br><br>     v.<br><br>**GURBIR GREWAL**, in his official capacity as Attorney General of New Jersey, **ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission, **STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission,<br><br>          Defendants. | Civil Action No. 3:19-cv-14228<br><br><br>ECF Case<br><br><br><br>**CERTIFICATION OF SERVICE**<br><br><br>**Document electronically filed** |

---

[*] *Pro hac vice* applications to be submitted.

KEVIN H. MARINO, of full age, hereby certifies and states:

1. I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Plaintiff, Americans for Prosperity, in this matter.

2. On this date, I caused to be filed with the Clerk of the Court the following documents: (1) Plaintiff's Notice of Motion for a Preliminary Injunction; (2) the Memorandum of Law in support of Plaintiff's Motion for a Preliminary Injunction; (3) the supporting declarations of Keith H. Forst, Emily Seidel, Nicholas Dunn, and Erica Jedynak, and the exhibits attached thereto; (4) a proposed form of Order; and (4) this Certification of Service.

3. On this date, I caused copies of the documents listed in paragraph 2 above to be served via Federal Express on the following parties:

>Gurbir Grewal
>Office of the Attorney General
>Richard J. Hughes Justice Complex
>25 Market Street
>Trenton, New Jersey 08625
>
>Eric H. Jaso
>New Jersey Election Law Enforcement Commission
>25 South Stockton Street, 5th Floor
>Trenton, NJ 08608
>
>Stephen M. Holden
>New Jersey Election Law Enforcement Commission
>25 South Stockton Street, 5th Floor

Trenton, NJ 08608

Marguerite T. Simon
New Jersey Election Law Enforcement Commission
25 South Stockton Street, 5th Floor
Trenton, NJ 08608

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2019      /s/ Kevin H. Marino
                               KEVIN H. MARINO