Kevin H. Marino
John A. Boyle
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ  07928-1488
(973) 824-9300

OF COUNSEL:
Derek L. Shaffer[*]
William A. Burck[*]
Keith H. Forst[*]
**QUINN EMANUEL URQUHART &
    SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

*Attorneys for Plaintiff*
*Americans for Prosperity*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY**, Plaintiff, v. **GURBIR GREWAL**, in his official capacity as Attorney General of New Jersey, **ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission, **STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, Defendants. | Civil Action No. 3:19-cv-14228  ECF Case  **ORDER ADMITTING DEREK L. SHAFFER, WILLIAM A. BURCK AND KEITH H. FORST** ***PRO HAC VICE***  **Document electronically filed** |

[*] *Pro hac vice* applications pending.

THIS MATTER having been brought before the Court by Kevin H. Marino and John A. Boyle, Esq. of Marino, Tortorella & Boyle, P.C., attorneys for Plaintiff, Americans for Prosperity ("Plaintiff" or "AFP"), on an application for an Order, pursuant to L. Civ. R. 101.1(c), allowing Derek L. Shaffer, Esq., William A. Burck, Esq. and Keith H. Forst, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and for good cause shown;

IT IS on this _____ day of _____, 2019

ORDERED that Derek L. Shaffer, Esq., a member of the Bars of the District of Columbia and the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that William A. Burck, Esq., a member of the Bars of the District of Columbia and the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that Keith H. Forst, Esq., a member of the Bars of the District of Columbia and the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Marino, Tortorella & Boyle, P.C., attorneys of record for AFP, who are admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Messrs. Shaffer, Burck and Forst shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 for each year in which their *pro hac vice* admission remains in effect, with the first payment to be made within twenty (20) days from the date of the entry of this Order if not already made for 2019; and it is further

ORDERED that Messrs. Shaffer, Burck and Forst shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

ORDERED that Messrs. Shaffer, Burck and Forst shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Messrs. Shaffer, Burck and Forst shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____

HONORABLE