UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:  BRIAN R. MARTINOTTIDate:  07/26/2019
Court Reporter:Docket No: 3:19-14228

Title of the Case:

AMERICANS FOR PROPERTY
v.
GURBIR GREWAL, et al

Appearances:

Kevin H. Marino, John A Boyle, Keith Forst & Derek I. Shaffer, Attorneys for Plaintiff
Stuart Feinblatt, Asst Attorney General, Attorney for Defendants

Nature of Proceedings:

Status Conference held.
Court Ordered the parties are to meet and confer to discuss the entry of a consent order setting for a briefing schedule wherein all submissions are due by 10/09/19. Hearing on the application will be held on 10/18/19 at 10:00 am pending determination by the Court.   There will be no enforcement of the Statute pending a decision by the Court. The parties to report back no later than 07/31/19.

Lissette Rodriguez, Courtroom Deputy

Commenced:9:30 am
Concluded:11:00 am