

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

August 1, 2019

**VIA ECF**

Honorable Brian R. Martinotti
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

                 RE:   Americans for Prosperity vs. Gurbir Grewal, et al.
                        Civil Action No.: 3:19-cv-14228

Dear Judge Martinotti;

     This office represents the Defendants in the above-captioned matter. This will confirm receipt of the Court's notice issued today scheduling a conference call for Monday, August 5, 2019 at 10:00 a.m. As requested by the Court, we will meet and confer with Plaintiff's counsel concerning a briefing schedule in advance of Monday's conference call.

                               Respectfully yours,

                               GURBIR S. GREWAL
                               ATTORNEY GENERAL OF NEW JERSEY

              By:       /s/Stuart M. Feinblatt
                     Stuart M. Feinblatt
                     Assistant Attorney General

cc:   All Counsel of Record

