| | |
|---|---|
| Kevin H. Marino<br>John A. Boyle<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, NJ  07928-1488<br>(973) 824-9300 | OF COUNSEL:<br>Derek L. Shaffer (*admitted pro hac vice*)<br>William A. Burck (*admitted pro hac vice*)<br>Keith H. Forst (*admitted pro hac vice*)<br>**QUINN EMANUEL URQUHART &<br>     SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000 |

*Attorneys for Plaintiff*
*Americans for Prosperity*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY**,<br><br>    Plaintiff,<br><br>    v.<br><br>**GURBIR GREWAL**, in his official capacity as Attorney General of New Jersey, **ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission, **STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission,<br><br>    Defendants. | Civil Action No. 3:19-cv-14228<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John A. Boyle of Marino, Tortorella & Boyle, P.C., 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby enters his appearance as counsel of record for Plaintiff, Americans for Prosperity, in this matter.

| | |
|---|---|
| Dated:  August 1, 2019<br>           Chatham, New Jersey | MARINO, TORTORELLA & BOYLE, P.C.<br><br>By:     /s/ John A. Boyle<br>          John A. Boyle |