# MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050

*OF COUNSEL

e-mail: jboyle@khmarino.com

August 1, 2019

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
　District of New Jersey
Clarkson S. Fisher Building
　& U.S. Courthouse
402 East State Street
Trenton, NJ  08608

　　　　Re:　*Americans for Prosperity v. Gurbir Grewal, et al.*
　　　　　　No. 3:19-cv-14228-BRM-LHG

Dear Judge Martinotti:

　　Together with Quinn Emanuel Urquhart & Sullivan, LLP, we represent Plaintiff, Americans for Prosperity, in this action.  We write to confirm receipt of the Notice of Hearing entered today scheduling a telephone conference for August 5, 2019 at 10:00 a.m. in the above-captioned matter.

　　Thank you.

　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　/s/ John A. Boyle

　　　　　　　　　　　John A. Boyle

Enclosure
cc:　Stuart M. Feinblatt, A.A.G.
　　Derek L. Shaffer, Esq.
　　William A. Burck, Esq.
　　Keith H. Forst, Esq.