| | |
|---|---|
| Kevin H. Marino<br>John A. Boyle<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>(973) 824-9300<br><br>OF COUNSEL:<br>Derek L. Shaffer[*]<br>William A. Burck[*]<br>Keith H. Forst[*]<br>**QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br><br>*Attorneys for Plaintiff*<br>*Americans for Prosperity* | Adam B. Masef<br>Deputy Attorney General<br>(609) 376-2955<br>Adam.Masef@law.njoag.gov<br>Stuart M. Feinblatt<br>Assistant Attorney General<br>(609) 376-3202<br>Stuart.Feinblatt@law.njoag.gov<br>**GURBIR S. GREWAL**<br>**ATTORNEY GENERAL OF NEW**<br>**JERSEY**<br>R.J. Hughes Justice Complex<br>P.O. Box 112<br>Trenton, New Jersey 08625<br>Attorney for Defendants<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**GURBIR GREWAL**, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:19-cv-14228<br><br>**JOINT ORDER REGARDING BRIEFING SCHEDULING FOR MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

---

[*] Admitted *pro hac vice*.

Pursuant to this Court's direction, the parties have conferred and agreed upon a briefing schedule under which all briefing will be completed by noon on August 30, 2019, thereby facilitating the Court's resolution of the pending request for preliminary injunction in advance of Senate Bill No. 150 taking effect. Accordingly, the parties having jointly proposed this schedule; and the Court having considered the submissions of the parties; and good cause having been shown;

**IT IS** on this __7th_ day of __August_____ 2019, **ORDERED** that:

1. Defendants shall file a Response to the Plaintiff's Motion for Preliminary Injunction by 5 p.m. on August 20, 2019.

2. Plaintiff shall file a Reply in support of the Motion for Preliminary Injunction by 12 p.m. on August 30, 2019.

3. The Court will hold a hearing on the Motion for Preliminary Injunction on September 17, 2019, at 10 a.m. in **TRENTON** (Clarkson S. Fisher Courthouse, 402 E. State St., Courtroom 1). Plaintiff shall have forty-five minutes to argue in support of the application; Defendants shall have forty-five minutes to oppose the application; Plaintiff shall have twenty minutes to respond to the opposition.

4. The Defendants shall answer, move or otherwise respond to the Complaint no later than thirty (30) days following the entry of the Court's order deciding the Motion for Preliminary Injunction.

*/s/Brian R. Martinotti*_____
Hon. Brian R. Martinotti, U.S.D.J.