

**State of New Jersey**

| PHILIP D. MURPHY | OFFICE OF THE ATTORNEY GENERAL | GURBIR S. GREWAL |
| Governor | DEPARTMENT OF LAW AND PUBLIC SAFETY | Attorney General |
| | DIVISION OF LAW | |
| SHEILA Y. OLIVER | 25 MARKET STREET | MICHELLE L. MILLER |
| Lt. Governor | PO BOX 112 | Director |
| | TRENTON, NJ 08625-0112 | |

August 19, 2019

**VIA ECF**

Honorable Brian R. Martinotti
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

                RE:  Americans for Prosperity vs. Gurbir
                      Grewal, et al.
                      Civil Action No.: 3:19-cv-14228

Dear Judge Martinotti;

      This office represents the Defendants in the above-captioned matter. Defendants' brief in opposition to Plaintiff's motion for a preliminary injunction is due on August 20, 2019. We respectfully request, with the consent of Plaintiff's counsel, that the Court permit the Defendants to file a brief of 45 pages, rather than the 40 pages allowed under L. Civ. R. 7.2(b). Defendants make this request so that, among other things, we can fully provide the Court with important background information concerning the development of, and the policies behind S150, and allow Defendants to explain in full their proposed construction of the provisions of S150 being challenged in Plaintiff's application. Considering the significance of the statute being challenged in this case, Defendants respectfully submit that this modest extension request is warranted.



```
                                                  August 19, 2019
                                                         Page 2
```

Thank you for your consideration of this request.

```
                         Respectfully yours,

                         GURBIR S. GREWAL
                         ATTORNEY GENERAL OF NEW JERSEY


                    By:_____/s/Stuart M. Feinblatt_____
                         Stuart M. Feinblatt
                         Assistant Attorney General
```

cc:  All Counsel of Record


SO ORDERED.


_____
Honorable Brian R. Martinotti