

Philip D. Murphy
*Governor*

Sheila Y. Oliver
*Lt. Governor*

**State of New Jersey**
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

Gurbir S. Grewal
*Attorney General*

Michelle L. Miller
*Director*

August 19, 2019

**VIA ECF**

Honorable Brian R. Martinotti
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        RE: Americans for Prosperity vs. Gurbir Grewal, et al.
            Civil Action No.: 3:19-cv-14228

Dear Judge Martinotti:

      This office represents the Defendants in the above-captioned matter. Defendants' brief in opposition to Plaintiff's motion for a preliminary injunction is due on August 20, 2019. We respectfully request, with the consent of Plaintiff's counsel, that the Court permit the Defendants to file a brief of 45 pages, rather than the 40 pages allowed under L. Civ. R. 7.2(b). Defendants make this request so that, among other things, we can fully provide the Court with important background information concerning the development of, and the policies behind S150, and allow Defendants to explain in full their proposed construction of the provisions of S150 being challenged in Plaintiff's application. Considering the significance of the statute being challenged in this case, Defendants respectfully submit that this modest extension request is warranted.



*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Thank you for your consideration of this request.

Respectfully yours,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Stuart M. Feinblatt
Stuart M. Feinblatt
Assistant Attorney General

cc: All Counsel of Record

Dated: 8/19/2019

SO ORDERED.

Honorable Brian R. Martinotti