**MARINO, TORTORELLA & BOYLE, P.C.**

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050

*OF COUNSEL

e-mail: kmarino@khmarino.com

August 27, 2019

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
　District of New Jersey
Clarkson S. Fisher Building
　& U.S. Courthouse
402 East State Street
Trenton, NJ  08608

　　　　Re: 　*Americans for Prosperity v. Gurbir Grewal, et al.*
　　　　　　No. 3:19-cv-14228-BRM-LHG

Dear Judge Martinotti:

　　Together with Quinn Emanuel Urquhart & Sullivan, LLP, we represent Plaintiff, Americans for Prosperity, in this action.  Pursuant to Local Civil Rule 7.2(b), we write to respectfully request a five-page extension of the page limit for Plaintiff's Reply in further support of its Motion for a Preliminary Injunction.  Because Defendants were granted an additional five pages for their opposition brief, the requested extension is necessary to allow Plaintiff to fully address the arguments raised by Defendants.  Defendants consent to the requested page-limit extension.

　　Thank you for your consideration of this request.

　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　/s/ Kevin H. Marino

　　　　　　　　　　　　Kevin H. Marino

cc: 　All counsel of record

SO ORDERED.


_____
Hon. Brian R. Martinotti, U.S.D.J.

Dated: August __, 2019