UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 9/17/2019
CIVIL DOCKET NO.:19-14228(BRM)

TITLE OF CASE:
Americans for Prosperity
Vs.
Gurbir Grewal, et al.,

APPEARANCES:
Derek Shaffer, John Boyle, Mattew Wamann & Keith Forst, Esquires for plaintiff
Victor Bernson, client present.
Stuart Feinblatt & Adam Masef, Deputy Attorney Generals for defendants
Demary Roberts & Amanda Hayes, clients present.

NATURE OF PROCEEDING:
Hearing on Motion for Preliminary Injunction by Plaintiff [doc. #3].

Ordered decision reserved.

TIME COMMENCED: 10:05 a.m.
TIME ADJOURNED: 12:05 p.m.
TOTAL HOURS: 2 hours

S/Dana Sledge-Courtney, Courtroom Deputy