**Leon J. Sokol, Esq.**
**CULLEN AND DYKMAN, LLP**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**
**(201) 488-1300**
Attorneys for Intervenor-Applicants
Senate President Stephen M. Sweeney and
Assembly Speaker Craig J. Coughlin

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY,**<br><br>Plaintiff,<br><br>v.<br><br>**GUBRIR GREWAL,** in his official capacity as Attorney General of New Jersey, et al,<br><br>Defendants. | Civil Action No. 3:19-CV-14228<br><br>Hon..Brian R. Martinotti, U.S.D.J.<br><br>**NOTICE OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. PRO. 24(b) BY INTERVENOR-APPLICANTS SENATE PRESIDENT STEPHEN M. SWEENEY AND ASSEMBLY SPEAKER CRAIG J. COUGHLIN**<br><br>Return Date: November 4, 2019<br>Oral argument requested |

To:  Kevin H. Marino, Esq.
     John A. Boyle, Esq
     Marino, Tortorella & Boyle, P.C.
     437 Southern Boulevard
     Chatham, NJ  07928
     Attorneys for Plaintiff

     Stuart M. Feinblatt, A.A.G.
     Office of Attorney General
     Dept. of Law & Public Safety
     25 W. Market Street
     P.O. Box 080
     Trenton, New Jersey 08625
     Attorney for Defendant

**PLEASE TAKE NOTICE** that on November 4, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, Intervenor-Applicants, Senate President Stephen M. Sweeney and

Assembly Speaker Craig J. Coughlin, by and through their counsel Cullen and Dykman LLP (Leon J. Sokol, Esq., appearing), shall move before the Hon. .Brian R. Martinotti, U.S.D.J., at the United Stated District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order granting Intervenor-Applicants' Motion to Intervene pursuant to Fed. R. Civ. Pro. 24(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion Intervenor-Applicants will rely on the accompanying Affirmation of Leon J. Sokol, Esq. (including proposed Answer of Intervener-Applicants) and Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested on the return date only if the within motion is opposed.

A proposed form of order is submitted herewith.

Respectfully submitted,

Dated: October 10, 2019

/s/   Leon J. Sokol
Leon J. Sokol
CULLEN AND DYKMAN, LLP
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300
Attorneys for Intervenor-Applicants
Senate President Stephen M. Sweeney and
Assembly Speaker Craig J. Coughlin