**Leon J. Sokol, Esq.**
**CULLEN AND DYKMAN, LLP**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**
**(201) 488-1300**
Attorneys for Intervenor-Applicants
Senate President Stephen M. Sweeney and
Assembly Speaker Craig J. Coughlin

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GUBRIR GREWAL, in his official capacity as Attorney General of New Jersey, et al,**<br><br>**Defendants.** | Civil Action No. 3:19-CV-14228<br><br>Hon..Brian R. Martinotti, U.S.D.J.<br><br>**ORDER GRANTING INTERVENTION TO INTERVENOR-APPLICANTS SENATE PRESIDENT STEPHEN M. SWEENEY AND ASSEMBLY SPEAKER CRAIG J. COUGHLIN** |

**THIS MATTER** being opened to the Court by Cullen and Dykman LLP, attorneys for Intervenor-Applicants, Senate President Stephen M. Sweeney and Assembly Speaker Craig J. Coughlin, by way of a Motion to Intervene pursuant to Fed. R. Civ. Pro. 24(b); and the Court having considered the papers submitted in support of, and in opposition to, said motion; and for good cause shown,

**IT IS** on this _____ day of_____, 2019, ORDERED as follows:

1.      Intervenor-Applicants' Motion to Intervene is hereby granted;

2.      Intervenor-Applicants shall file an Answer on or before _____, 2019;

3.      A copy of this Order shall be served on all counsel and parties within seven (7) days of the entry of this Order.

Dated:_____                        _____

                                                Hon. .Brian R. Martinotti, U.S.D.J.