**Leon J. Sokol, Esq.**
**CULLEN AND DYKMAN, LLP**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**
**(201) 488-1300**
Attorneys for Intervenor-Applicants
Senate President Stephen M. Sweeney and
Assembly Speaker Craig J. Coughlin

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY,** | Civil Action No. 3:19-CV-14228 |
| **Plaintiff,** | Hon..Brian R. Martinotti, U.S.D.J. |
| v. | Return Date: November 4, 2019 |
| **GUBRIR GREWAL,** in his official capacity as Attorney General of New Jersey, et al, | **PROOF OF SERVICE** |
| **Defendants.** | |

Leon J. Sokol, Esq. hereby certifies to the court as follows:

1. I am an attorney at law in the State of New Jersey and a partner with the law firm of Cullen and Dykman LLP, attorneys for Intervenor-Applicants, Senate President Stephen M. Sweeney and Assembly Speaker Craig J. Coughlin, in the above-captioned matter.

2. I certify that on this date the within Notice of Motion to Intervene, Affirmation of Leon J. Sokol, Esq. (including proposed Answer of Intervenor-Applicants), Memorandum of Law and proposed form of Order were served via ECF upon the following:

Kevin H. Marino, Esq.
John A. Boyle, Esq
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, NJ  07928
Attorneys for Plaintiff

Stuart M. Feinblatt, A.A.G.
Office of Attorney General
Dept. of Law & Public Safety
25 W. Market Street
P.O. Box 080
Trenton, New Jersey 08625
Attorney for Defendant

3.　　I certify that on this date the aforementioned documents were filed with the United States District Court for the District of New Jersey via ECF.

4.　　I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/　Leon J. Sokol
Leon J. Sokol (LJS4104)

Date: October 10, 2019