Leon J. Sokol, Esq.
CULLEN AND DYKMAN, LLP
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300
Attorneys for Intervenor-Applicants
Senate President Stephen M. Sweeney and
Assembly Speaker Craig J. Coughlin

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICANS FOR PROSPERITY,<br><br>Plaintiff,<br><br>v.<br><br>GUBRIR GREWAL, in his official capacity as Attorney General of New Jersey, et al,<br><br>Defendants. | Civil Action No. 3:19-CV-14228 (BRM) (LHG)<br><br>ORDER GRANTING INTERVENTION TO INTERVENOR-APPLICANTS SENATE PRESIDENT STEPHEN M. SWEENEY AND ASSEMBLY SPEAKER CRAIG J. COUGHLIN |

THIS MATTER being opened to the Court by Cullen and Dykman LLP, attorneys for Intervenor-Applicants, Senate President Stephen M. Sweeney and Assembly Speaker Craig J. Coughlin, by way of a Motion to Intervene pursuant to Fed. R. Civ. Pro. 24(b); and the Court having considered the papers submitted in support of said motion, and no opposition having been filed; and for good cause shown,

IT IS on this 10th day of December, 2019, ORDERED as follows:

1. Intervenor-Applicants' Motion to Intervene is hereby granted;

2. Intervenor-Applicants shall file an Answer on or before December 16, 2019;

Dated: Dec 10, 2019

Hon. Lois H. Goodman, U.S.M.J.