**Leon J. Sokol, Esq.**
**Cullen and Dykman LLP**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**
**lsokol@cullenllp.com**
**(201) 488-1300**
**Attorneys for Defendants-Intervenors**
**Senate President Stephen M. Sweeney and**
**General Assembly Speaker Craig J. Coughlin**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY,** | **Civil Action No. 3:19-CV-14228** |
| **Plaintiff,** | **Hon. Brian R. Martinotti, U.S.D.J.** |
| | **Hon. Lois H. Goodman, U.S.M.J.** |
| **v.** | |
| | |
| **GUBRIR GREWAL, in his official capacity as Attorney General of New Jersey, et al,** | **CONSENT JUDGMENT DISMISSING DEFENDANTS-INTERVENORS SENATE PRESIDENT STEPHEN M. SWEENEY AND GENERAL ASSEMBLY SPEAKER CRAIG J. COUGHLIN FROM THIS ACTION** |
| **Defendants,** | |
| **and** | |
| **Senate President Stephen M. Sweeney and General Assembly Speaker Craig J. Coughlin,** | |
| **Defendants-Intervenors.** | |

THIS MATTER having been opened to the Court by way of counsel for Defendants-Intervenors Senate President Stephen M. Sweeney and General Assembly Speaker Craig J. Coughlin (hereafter "Defendants-Intervenors"), and counsel for all parties to this action having

consented to entry of judgment dismissing Defendants-Intervenors from this action with prejudice and without imposition of counsel fees or costs,

THEREFORE, IT IS on this      day of            2020,

**ORDERED** that:

1.      Defendants-Intervenors Senate President Stephen M. Sweeney and General Assembly Speaker Craig J. Coughlin are hereby dismissed from this action with prejudice; and

2.      The dismissal of Defendants-Intervenors shall be without the imposition of counsel fees or costs.

_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

2

We hereby consent to the form, content and entry of this Order.

SENATE PRESIDENT STEPHEN M. SWEENEY AND
ASSEMBLY SPEAKER CRAIG J. COUGHLIN


By: /s/ Leon J. Sokol
   Leon J. Sokol, Esq.
   Attorneys for Defendants-Intervenors
   Senate President Stephen M. Sweeney and
   General Assembly Speaker Craig J. Coughlin

DATED: February 7, 2020




AMERICANS FOR PROSPERITY

By: /s/ Kevin H. Marino
   Kevin H. Marino, Esq.
   Attorney for Plaintiff
   Americans for Prosperity

DATED:  February 7, 2020




GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY,
ERIC H. JASO, STEOPHEN M. HOLDEN and
MARGUERITE T. SIMON


By:/s/ Stuart M. Feinblatt
   Stuart M. Feinblatt
   Assistant Attorney General
   Attorney for Defendants
   Gurbir S. Grewal
   Attorney General of New Jersey,
   Eric H. Jaso, Stephen M. Holden and
   Marguerite T. Simon

DATED:  February 7, 2020