# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

June 29, 2020

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building
  & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

      Re:   *Americans for Prosperity v. Gurbir Grewal, et al.*
             No. 3:19-cv-14228-BRM-LHG

Dear Judge Martinotti:

      We write to advise your Honor that the settlement conference before the Honorable Lois H. Goodman, U.S.M.J. did not result in a settlement.  Accordingly, the parties jointly propose the following briefing schedule to place their fee dispute before your Honor for resolution: July 15, 2020 for Americans for Prosperity's opening submission; August 12, 2020 for New Jersey's opposition; and August 26, 2020 for Americans for Prosperity's reply.  If this briefing schedule is acceptable, we respectfully request that your Honor so order this letter below.

    Thank you for your consideration of this submission.

                          Respectfully yours,

                          /s/ Kevin H. Marino

                          Kevin H. Marino

cc: All counsel of record

SO ORDERED:

_____
Hon. Brian R. Martinotti, U.S.D.J.

Dated:  6/29/2020