UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICANS FOR PROSPERITY, <br><br> Plaintiff, <br> v. <br><br> GURBIR GREWAL, in his official capacity *As Attorney General of New Jersey*, et al., <br><br> Defendants. | Case No. 3:19-cv-14228-BRM-LHG <br><br> **ORDER** |

    **THIS MATTER** is before the Court on Plaintiff Americans for Prosperity's ("AFP") Motion for Attorney's Fees. (ECF No. 65.) Defendants Gurbir Grewal, Attorney General of New Jersey, Eric H. Jaso, Chairman of New Jersey Election Law Enforcement Commission (or "ELEC"), and two ELEC Commissioners, Stephen M. Holden and Marguerite T. Simon, (collectively, "Defendants") opposed the Motion. (ECF No. 66.) AFP filed a Reply. (ECF No. 68.) Having reviewed the parties' submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

    **IT IS** on this 26th day of March 2021,

    **ORDERED** that AFP's Motion for Attorney's Fees (ECF No. 65) is **GRANTED IN PART and DENIED IN PART**; and it is further

    **ORDERED** that AFP is entitled to recover attorney's fees in the amount of $677,006.26 as set forth in the accompanying opinion.

                                                               */s/ Brian R. Martinotti*
                                                               **HON. BRIAN R. MARTINOTTI**
                                                               **UNITED STATES DISTRICT JUDGE**