UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICANS FOR PROSPERITY**,<br><br>      Plaintiff,<br><br>    v.<br><br>**GURBIR GREWAL**, in his official capacity as Attorney General of New Jersey, **ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission, **STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission,<br><br>      Defendants. | Civil Action No. 3:19-cv-14228<br><br>ECF Case<br><br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, all aspects of this action, except for Plaintiff's recovery of legal fees and costs, were resolved by a Consent Order entered on March 18, 2020 [ECF No. 59] (the "Consent Order"); and

WHEREAS, on March 26, 2021, the Court entered an Order [ECF No. 73] (i) granting in part and denying in part Plaintiff's motion for attorneys' fees, and (ii) awarding Plaintiff attorneys' fees in the amount of $677,006.26 (the "Attorneys' Fee Award"); and

WHEREAS, Defendants have now paid the Attorneys' Fee Award in full;

IT IS NOW STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, as follows:

1. This Action be and hereby is dismissed in its entirety with prejudice and without costs; and

2. The dismissal of this action shall not affect, nullify or limit the validity and enforceability of the permanent injunction entered by and reflected in the Consent Order dated March 18, 2020 in any way.

| | |
|---|---|
| MARINO, TORTORELLA & BOYLE, P.C.<br>*Attorneys for Plaintiff* | STATE OF NEW JERSEY<br>OFFICE OF THE ATTORNEY GENERAL<br>*Attorneys for Defendants* |
| <u>Kevin H. Marino</u><br>By:   Kevin H. Marino, Esq.<br>Dated: July 22, 2021 | /s/ Stuart M. Feinblatt<br>By:   Stuart M. Feinblatt, AAG<br>Dated: July 22, 2021 |

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
*Attorneys for Plaintiff*

By:   Derek L. Shaffer, Esq. (*pro hac vice*)
Dated: July 22, 2021

IT IS SO ORDERED.

Dated: July 26, 2021

_____
Hon. Judge Zahid N. Quraishi, U.S.D.J.